IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC ) | |
| ) | Case No. 3:25-cv-00554 |
| v. ) | Chief Judge Campbell |
| ) | Magistrate Judge Holmes |
| MATTHEW SABYE *et al.* ) | |

# O R D E R

Pending before the Court is Plaintiff's motion to abate [stay] proceedings (Docket No. 13), which, for the reasons requested, is **GRANTED**. Proceedings in this matter, other than service of process as directed below, are stayed for 120 days from the date of entry of this Order. If the matter is settled during this time, Plaintiff **must promptly** submit a voluntary or joint stipulation of dismissal or other filing in resolution of this case. If the matter does not settle during this time, Plaintiff **must file** a status report **by no later than the last day** of the stay (or abatement) period.

In its motion, Plaintiff states that it and Defendant Matthew Sabye "require additional time to thoroughly evaluate the terms of a potential resolution without the need for further litigation." (*Id.* at ¶ 1.) However, the Court reminds Plaintiff that it must comply with Rule 4(m) of the Federal Rules of Civil Procedure as to all defendants.[1]

Rule 4(m) mandates that if a defendant is not served with process within 90 days of the filing of the complaint, "the court – on motion or on its own after notice to the plaintiff – **must** dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added). However, Rule 4(m) also directs that "if the plaintiff shows good cause for the failure [to serve a defendant within 90 days after the

---

[1] Unless otherwise noted, all references to rules are to the Federal Rules of Civil Procedure.

complaint is filed], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff filed its complaint on May 14, 2025 (Docket No. 1) and filed a return of service on August 15, 2025 indicating that Defendant Sabye was served on July 19, 2025 (Docket No. 11). However, Plaintiff has not filed a return of service with respect to the other defendant in this action, the United States of America. Pursuant to Rule 4(m), the deadline to serve Defendant United States of America with process was August 12, 2025, which means the Court "must dismiss the action without prejudice against" Defendant United States of America or order Plaintiff to serve Defendant United States of America within a certain time. Accordingly, pursuant to Rule 4(m), Plaintiff must, **by no later than September 12, 2025**, either (1) serve Defendant United States of America with process, or (2) file a motion for an extension of time to serve Defendant United States of America with process and show good cause for its failure to do so.

Plaintiff must also promptly file a return of service, once Defendant United States of America, is served with process, in accordance with Fed. R. Civ. P. 4(l).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge